1  BENJAMIN B. WAGNER
   United States Attorney
2  MATTHEW G. MORRIS
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )
                                     )
12            Plaintiff,             )   D.C. NO. 2-11-CR-517 GEB
                                     )
13       v.                          )   APPLICATION FOR UNSEALING
                                     )   INDICTMENT
14  NICK DO,                         )
                                     )
15            Defendant.             )
    _____    )

16

17       On December 8, 2011, the indictment was filed in the above-

18  referenced case.  Since the defendant has now been arrested, it is

19  no longer necessary for the indictment to be sealed.  The government

20  respectfully requests that the indictment and this case be unsealed.

21  DATED: December 23, 2011          Respectfully submitted,

22                                    BENJAMIN B. WAGNER
                                      United States Attorney
23

24                                    By:/s/ Matthew G. Morris
                                      MATTHEW G. MORRIS
25                                    Assistant U.S. Attorney

26

27

28

BENJAMIN B. WAGNER
United States Attorney
MATTHEW G. MORRIS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | NO. 2-11-CR-517 GEB |
| | ) | |
| v. | ) | ORDER FOR UNSEALING |
| | ) | INDICTMENT |
| NICK DO, | ) | |
| | ) | |
| Defendant. | ) | |

The government's request to unseal the indictment and this case
is GRANTED.

SO ORDERED:

 Dated: December 23, 2011


_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE