| | |
|---|---|
| 1 | **ERIN J. RADEKIN**<br>**Attorney at Law - SBN 214964**<br>428 J Street, Suite 350<br>Sacramento, California 95814<br>Telephone: (916) 446-3331<br>Facsimile: (916) 447-2988<br><br>Attorney for Defendant<br>NICK DO |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>NICK DO,<br><br>    Defendant. | 2:11-CR-00517<br><br>**AMENDED STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE** |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Matthew Morris, and defendant, Nick Do, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status conference, September 14, 2012 at 9:00 a.m., in the above-captioned matter, and to continue the status conference to October 5, 2012 at 9:00 a.m. in the courtroom of the Honorable Garland E. Burrell.

The reason for this request is to Ms. Radekin needs additional time to meet with her client to discuss the case and possible resolution; and for plea negotiations with the government. The Court is advised that Mr. Morris concurs with this request and has authorized Ms. Radekin to sign this stipulation on his behalf.

The parties further agree and stipulate that the time period from the filing of this stipulation until October 5, 2012 should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv), and Local

Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

Dated: September 12, 2012                    BENJAMIN WAGNER
                                             United States Attorney

                                        By:      /s/ Matthew Morris
                                             MATTHEW MORRIS
                                             Assistant United States Attorney


Dated: September 12, 2012                         /s/ Erin J. Radekin
                                             ERIN J. RADEKIN
                                             Attorney for Defendant
                                             NICK DO


## **ORDER**

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference date of September 14, 2012 at 9:00 a.m. is VACATED and the above-captioned matter is set for status conference on October 5, 2012 at 9:00 a.m. The Court finds excludable time in this matter through October 5, 2012 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: September 13, 2012

                                             _____
                                             GARLAND E. BURRELL, JR.
                                             Senior United States District Judge