**ERIN J. RADEKIN**
**Attorney at Law - SBN 214964**
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
NICK DO

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>NICK DO,<br><br>　　　　Defendant. | **2:11-CR-00517 GEB**<br><br>**STIPULATION AND ORDER<br>TO CONTINUE STATUS CONFERENCE** |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Matthew Morris, and defendant, Nick Do, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status conference, October 5, 2012 at 9:00 a.m., in the above-captioned matter, and to continue the status conference to October 26, 2012 at 9:00 a.m. in the courtroom of the Honorable Garland E. Burrell.

The reason for this request is that Ms. Radekin needs additional time to complete review of discovery and other defense preparation and to meet with Mr. Do. Further, the parties need time to engage in plea negotiations. The Court is advised that Mr. Morris concurs with this request and has authorized Ms. Radekin to sign this stipulation on his behalf.

The parties further agree and stipulate that the time period from the filing of this stipulation until October 26, 2012 should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv), and Local

Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

Dated: October 4, 2012                        BENJAMIN WAGNER
                                              United States Attorney

                                        By:      /s/ Matthew Morris
                                              MATTHEW MORRIS
                                              Assistant United States Attorney


Dated: October 4, 2012                           /s/ Erin J. Radekin
                                              ERIN J. RADEKIN
                                              Attorney for Defendant
                                              NICK DO


**ORDER**

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference date of October 5, 2012 at 9:00 a.m. is VACATED and the above-captioned matter is set for status conference on October 26, 2012 at 9:00 a.m. The Court finds excludable time in this matter through October 26, 2012 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: October 5, 2012

                                              _____
                                              GARLAND E. BURRELL, JR.
                                              Senior United States District Judge