**ERIN J. RADEKIN**
**Attorney at Law - SBN 214964**
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
NICK DO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **2:11-CR-00517** |
| Plaintiff, | |
| v. | |
| NICK DO, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE** |
| Defendant. | |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Matthew Morris, and defendant, Nick Do, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status conference, August 9, 2013 at 9:00 a.m., in the above-captioned matter, and to continue the status conference to September 13, 2013 at 9:00 a.m. in the courtroom of the Honorable Garland E. Burrell.

The reason for this request is as follows: the parties have been engaging in plea negotiations and have had a meeting to discuss intended loss, which is a complex issue in this case. At the meeting, the government provided additional discovery. Ms. Radekin has not reviewed all of the new discovery yet, as she has been out of the office frequently in the last three weeks due to an unexpected medical issue. Ms. Radekin is back to working full time, but she needs additional time to complete review of the new discovery, discuss the discovery with her client, and engage in further discussions and negotiations with the government. The Court is advised that Mr. Morris concurs with this request

and has authorized Ms. Radekin to sign this stipulation on his behalf.

The parties further agree and stipulate that the time period from the filing of this stipulation until September 13, 2013 should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv), and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

Dated: August 8, 2013　　　　　　　　　　BENJAMIN WAGNER
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　By:　　/s/ Matthew Morris
　　　　　　　　　　　　　　　　　　　MATTHEW MORRIS
　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

Dated: August 8, 2013　　　　　　　　　　/s/ Erin J. Radekin
　　　　　　　　　　　　　　　　　　　　ERIN J. RADEKIN
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　NICK DO

**ORDER**

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference date of August 9, 2013 at 9:00 a.m. is VACATED and the above-captioned matter is set for status conference on September 13, 2013 at 9:00 a.m. The Court finds excludable time in this matter through September 13, 2013 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv).

Dated: August 9, 2013

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　GARLAND E. BURRELL, JR.
　　　　　　　　　　　　　　　　　　　　Senior United States District Judge