```
1   ERIN J. RADEKIN
    Attorney at Law - SBN 214964
2   428 J Street, Suite 350
    Sacramento, California 95814
3   Telephone: (916) 446-3331
    Facsimile: (916) 447-2988
4
    Attorney for Defendant
5   NICK DO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,      )   2:11-CR-00517
                               )   STIPULATION AND [PROPOSED]
              Plaintiff,       )   ORDER TO CONTINUE STATUS CONFERENCE
                               )
v.                             )
                               )
                               )
NICK DO,                       )
                               )
              Defendant.       )
_____)
```

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Matthew Morris, and defendant, Nick Do, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status conference, November 15, 2013 at 9:00 a.m., in the above-captioned matter, and to continue the status conference to December 6, 2013 at 9:00 a.m. in the courtroom of the Honorable Garland E. Burrell.

The reason for this request is that the parties are very close to resolution, but need to make some modifications to the plea agreement. In addition, Ms. Radekin needs to meet with Mr. Do to go over the plea agreement with him. The parties contemplate Mr. Do will be prepared to plead on December 6, 2013. The Court is advised that Mr. Morris concurs with this

Stipulation and Order[Defendant's Name] - 1

1  request and has authorized Ms. Radekin to sign this stipulation on his
2  behalf.
3      The parties further agree and stipulate that the time period from the
4  filing of this stipulation until December 6, 2013 should be excluded in
5  computing time for commencement of trial under the Speedy Trial Act, based
6  upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv), and Local
7  Code T4, to allow continuity of counsel and to allow reasonable time
8  necessary for effective defense preparation.  It is further agreed and
9  stipulated that the ends of justice served in granting the request outweigh
10 the best interests of the public and the defendant in a speedy trial.
11     Accordingly, the parties respectfully request the Court adopt this
12 proposed stipulation.

IT IS SO STIPULATED
Dated: November 14, 2013              BENJAMIN WAGNER
                                      United States Attorney

                                      By: /s/ Matthew Morris
                                          MATTHEW MORRIS
                                          Assistant United States Attorney


Dated: November 14, 2013              /s/ Erin J. Radekin
                                      ERIN J. RADEKIN
                                      Attorney for Defendant
                                      NICK DO

**ORDER**

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference date of November 15, 2013 at 9:00 a.m. is VACATED and the above-captioned matter is set for status conference on December 6, 2013 at 9:00 a.m. The Court finds excludable time in this matter through December 6, 2013 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv).
IT IS SO ORDERED.
Dated: November 15, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge