**ERIN J. RADEKIN**
**Attorney at Law - SBN 214964**
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
NICK DO

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **2:11-CR-00517** |
| Plaintiff, ) | |
| ) | **STIPULATION AND [PROPOSED]** |
| v. ) | **ORDER TO CONTINUE STATUS** |
| ) | **CONFERENCE** |
| NICK DO, ) | |
| Defendant. ) | |
| _____ ) | |

## STIPULATION

     Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Matthew Morris, and defendant, Nick Do, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status conference, December 6, 2013 at 9:00 a.m., in the above-captioned matter, and to continue the status conference to December 20, 2013 at 9:00 a.m. in the courtroom of the Honorable Garland E. Burrell.

     The reason for this request is that the parties are very close to resolution, but need to make some modifications to the plea agreement. In addition, Ms. Radekin needs to meet with Mr. Do to go over the plea agreement with him. The parties contemplate Mr. Do will be prepared to plead on December 20, 2013. The Court is advised that Mr. Morris concurs with this request and has authorized Ms. Radekin to sign this stipulation on his behalf.

The parties further agree and stipulate that the time period from the filing of this stipulation until December 20, 2013 should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv), and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

Dated: December 5, 2013  BENJAMIN WAGNER
United States Attorney

By: /s/ Matthew Morris
MATTHEW MORRIS
Assistant United States Attorney

Dated: December 5, 2013  /s/ Erin J. Radekin
ERIN J. RADEKIN
Attorney for Defendant
NICK DO

## **ORDER**

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference date of December 6, 2013 at 9:00 a.m. is VACATED and the above-captioned matter is set for status conference on December 20, 2013 at 9:00 a.m. The Court finds excludable time in this matter through December 20, 2013 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: December 6, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge